# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2011

142255

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 142255
                                                COA: 300114
                                                Berrien CC: 99-402804-FC

CHRISTOPHER ALLEN FRANKLIN,
     Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

h0718